152 F.3d 1098
 Rex T. KEARNEY, Jr., Plaintiff-Appellant,
v.
STANDARD INSURANCE COMPANY, Defendant-Appellee.
Rex T. KEARNEY, Jr., Plaintiff-Appellant,
v.
STANDARD INSURANCE COMPANY, Defendant-Appellee.
 Nos. 96-16539, 96-16701.
 United States Court of Appeals,
Ninth Circuit.
 Aug. 3, 1998.
 
 HUG, Chief Judge.
 
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinion, Kearney v. Standard Insurance Company, 144 F.3d 597 (9th Cir.1998), is withdrawn.